**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRADLEY LEWIS**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:16-CV-00227 BD**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is

entered in favor of the Commissioner.

DATED this 2nd day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE